# Exhibit A

| AOC-E-105  Sum Code: CI |  | Case #: **18-CI-01014** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky Court of Justice   Courts.ky.gov | **CIVIL SUMMONS** | County: **BULLITT** |
| CR 4.02; Cr Official Form 1 | | |

Plantiff, **KORFHAGE, FREDERICK VS. AETNA LIFE INSURANCE COMPANY**, Defendant

TO:   CT CORPORATION SYSTEM
     306 WEST MAIN STREET, SUITE 512
     FRANKFORT, KY 40601

Memo: Related party is AETNA LIFE INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**AETNA LIFE INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

               /s/ Paulita Keith, Bullitt Circuit Clerk
               Date: 10/04/2018

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
   To: _____

☐ Not Served because: _____

Date: _____, 20____

                                                          Served By _____

                                                          Title _____

Summons ID: 12480259145373@00000195322
CIRCUIT: 18-CI-01014 Certified Mail
KORFHAGE, FREDERICK VS. AETNA LIFE INSURANCE COMPANY



Page 1 of 1

**eFiled**

Presiding Judge: HON. RODNEY BURRESS (655271)
Package: 000002 of 000008

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL DIVISION
CASE NO. _____
*Electronically Filed*

**FREDERICK KORFHAGE IV**                                                    **PLAINTIFF**

vs.                                                **COMPLAINT**

**AETNA LIFE INSURANCE COMPANY**                                             **DEFENDANT**

    **To be served through:**

    CT Corporation System
    306 West Main Street
    Suite 512
    Frankfort, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Frederick Korfhage IV, and for his Complaint against Defendant Aetna Life Insurance Company ("Aetna" or "Defendant"), states as follows:

1. The Plaintiff, Frederick Korfhage IV, is a citizen and resident of Bullitt County, Kentucky.

2. Defendant Aetna is an insurance company believed to be domiciled in the state of Connecticut, where it is a citizen and resident, with a statutory home office located at 151 Farmington Avenue Hartford, Connecticut 06156, and is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority.

3. Aetna's service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601, and can be served through the same.

4. Jurisdiction and venue are proper in this Court, as Plaintiff is a citizen and resident of Bullitt County, Kentucky, and Defendant conducted business and caused damages to Plaintiff in Bullitt County, Kentucky.

5. The Plaintiff had been employed at United Parcel Service of America, Inc. ("UPS") when he suffered a ruptured right bicep tendon.

6. The Defendant supplied and issued a policy of insurance to UPS, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable insurance policy number is believed to be GP-839230-GI. The insurance company's claim number is 13569471.

7. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

8. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> **Test of Disability**
> From the date that you first became disabled and until monthly benefits are payable for 24 months you meet the test of disability on any day that:
>
> - You cannot perform the **material duties** of your **own occupation** solely because of an **illness, injury** or disabling pregnancy-related condition; and
> - Your earnings are 100% or less of your **adjusted predisability earnings.**
>
> *After the first 24 months of your disability* that monthly benefits are payable, you meet the plan's test of disability on any day you are unable to work at any **reasonable occupation** solely because of an **illness, injury** or disabling pregnancy-related condition.[1]

---

[1] Emphasis in original.

2

9. Benefits are payable to Plaintiff under the LTD insurance policy because he is disabled, as defined in the insurance policy, from performing his past occupation at UPS and any other reasonable occupation.

10. The Plaintiff, while working at UPS, became disabled as defined in his insurance policy on or about July 24, 2015, with his last day of work being on or about July 23, 2015, and remains disabled. His disabling conditions and symptoms include, but are not limited to: chronic pain, carpal tunnel syndrome, cervicogenic headache, chronic tension type headache, degenerative cervical disc, degenerative disc disease, lumbar pain, neck pain, numbness and tingling, balance issues, dizziness, and loss of sensation in his left hand.

11. The Plaintiff was and has been unable to perform the material duties of his own occupation, and any other reasonable occupation, since on or about July 24, 2015, as a result of illness or injury, and he satisfies the test of "disability" under the LTD Plan.

12. Plaintiff applied, and made a claim, for short-term disability benefits and then for LTD benefits with Defendant in a timely fashion, in the manner outlined in the STD Plan and LTD Plan. The short-term disability claim was eventually approved and paid.

13. By letter dated July 1, 2016, Plaintiff was approved for LTD benefits and paid for a time.

14. At all times relevant, Plaintiff provided sufficient proof, including medical evidence, that he is disabled under the terms of the LTD Plan.

15. Defendant paid LTD benefits to Plaintiff through January 22, 2018.

16. By letter dated July 14, 2017, in spite of the overwhelming and substantial evidence to the contrary, Defendant informed Plaintiff that Plaintiff's LTD claim was denied effective January 22, 2018 (approximately 192 days later).

17. Plaintiff properly and timely, and in the manner set forth in the LTD Plan, appealed the denial of his LTD benefits.

18. On February 22, 2018, the Social Security Administration approved Plaintiff's claim for disability benefits with a date of disability of June 27, 2015.

19. By letter dated March 9, 2018, Aetna upheld its wrongful denial of Plaintiff's LTD claim.

20. On May 7, 2018, Plaintiff properly and timely, and in the manner set forth in the LTD Plan, appealed the denial of his LTD benefits.

21. By letter dated July 16, 2018, Aetna again upheld its wrongful denial of Plaintiff's LTD claim.

22. To date, Aetna has refused to approve/reinstate Plaintiff's claim for further LTD benefits, to which he is entitled by virtue of his disability which satisfies the applicable standard under the LTD Plan.

23. Plaintiff properly and timely exhausted all administrative remedies with Defendant with respect to the LTD Plan and LTD claim.

24. Plaintiff is entitled to LTD benefits under the terms of the LTD Plan, and Defendant should be required to perform under the contract and pay LTD benefits to Plaintiff.

25. The denial of Plaintiff's claim for LTD benefits is a breach of contract, and Defendant's breach of its contractual duties and obligations has caused Plaintiff damages.

4

26. The decision of Aetna to deny contractual benefits under the LTD Plan constitutes a breach of fiduciary duties and an abuse of discretion, and is arbitrary and capricious, and contrary to the overwhelming evidence supplied to Aetna in the medical evidence and other information supplied by Plaintiff.

27. The LTD Plan and coverage discussed herein do not meet the qualifications of a plan under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et. seq.*

28. In the alternative to allegation number 27 above, if the LTD Plan does meet the qualifications for ERISA, then the decisions made by Defendant to deny Plaintiff's claim were arbitrary and capricious, against the overwhelming evidence provided to Defendant, and a breach of fiduciary duty, which entitles Plaintiff to contractual benefits, interest, and attorney's fees under 29 U.S.C. §.1132(a)(1)(B) and (g).

29. Defendant should be enjoined from stopping payments under the contract.

WHEREFORE, Plaintiff Frederick Korfhage, IV demands the following relief against Defendant Aetna:

1. Judgment against Defendant Aetna for full contractual benefits, attorney's fees, prejudgment and post-judgment interest; and

2. Any and all other relief to which Plaintiff appears to be entitled.

5

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
M. AUSTIN MEHR
**Mehr, Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: amehr@austinmehr.com
*Attorney for Plaintiff*

6