# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **FREDERICK KORFHAGE IV,**<br><br>Plaintiff,<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>Defendant. | Case No. 3:18-cv-00742-GNS-LLK |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Frederick Korfhage IV ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Greg N. Stivers, Chief Judge
United States District Court

April 11, 2019